UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERIC KINGSLEY, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>)<br>STATE OF MAINE et al., )<br>)<br>   Respondent. ) | Docket No. 2:20-cv-00045-NT |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Petitioner Eric Kingsley seeks relief pursuant to 28 U.S.C. § 2254 (ECF No. 1) from a state court conviction and sentence. The United States Magistrate Judge filed with the Court on August 12, 2020, his Recommended Decision on Petitioner's request for relief pursuant to 28 U.S.C. § 2254 (ECF No. 9). The Petitioner filed an objection to the Recommended Decision on September 1, 2020 (ECF No. 12).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. It is

further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 11th day of September, 2020.